# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:11-cr-00218-TWT-CCH
## USA v. Cook et al
## Honorable Thomas W. Thrash, Jr.

Minute Sheet for proceedings held In Open Court on 07/06/2012.

TIME COURT COMMENCED: 10:37 A.M.
TIME COURT CONCLUDED: 11:02 A.M.        COURT REPORTER: Susan Baker
TIME IN COURT: 0:25                     DEPUTY CLERK: Sheila Sewell
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [5]Phillip Lashawn Massey Present at proceedings |
| ATTORNEY(S) PRESENT: | Thomas Jaworski representing USA<br>William Morrison representing Phillip Lashawn Massey |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MOTIONS RULED ON: | DFT#5-[231]Motion for Miscellaneous Relief DENIED |
| MINUTE TEXT: | The Court heard from counsel on defendant's Motion to Revoke Detention Order [231], treated as an appeal from the Magistrate Judge's Order. The Court denied the motion for the reasons stated on the record. Mr. Jaworski to prepare written order, have approved as to form by Mr. Morrison and submit to the Court for signature. |
| HEARING STATUS: | Hearing Concluded |